## INDEX OF EXHIBITS TO COMPLAINT

**Exhibit A:**    **Sample of Claims for Which Defendant LabCorp and HDL and Singulex Billed Government**

**Exhibit B:**    **Sample of Claims for Which HDL Billed Government Programs**

**Exhibit C:**    **Sample of Claims for Which Singulex Billed Government Programs**

**Exhibit D:**    **Sample of Claims for Which Defendant LabCorp Billed Government Programs**

# EXHIBIT "A"

**Exhibit A: Sample of Claims for Which Defendant LabCorp and HDL and Singulex Billed Government**

| Patient Initials | Program | Date of Service |
|---|---|---|
| DDF | Medicare | 3/4/2010 (per HDL report) |
| LJE | Medicare | 11/2/2010 (per HDL draw log) |
| JJ | Medicare, Blue Cross Blue Shield S.C. State Employee Plan | 11/8/2010 (per HDL draw log) |
| MLM | Medicare | 11/24/2010 (per HDL draw log) |
| CEF | Medicare, Medicaid | 9/6/2011 (per practice encounter sheet, Singulex draw log) |
| LJE | Medicare | 1/4/2012 (per HDL draw log) |
| COS | Medicare, Blue Cross Blue Shield S.C. State Employee Plan | 1/19/2012 (per HDL draw log) |
| MPG | Medicare | 5/10/2012 (per Singulex report) |
| MPG | Medicare | 5/20/2012 (per LabCorp order form) |
| SWC | Tricare/CHAMPUS | 5/2012 (per Singulex draw log) |
| RME | Medicare | 5/2012 (per Singulex draw log) |
| TW | Medicare | 6/6/2012 (per LabCorp order form) |
| BAG | Tricare/CHAMPUS | 6/2012 (per Singulex draw log) |
| LPM | Medicare | 7/2012 (per Singulex draw log) |

# EXHIBIT "B"

**Exhibit B: Sample of Claims for Which HDL Billed Government Programs**

| Patient Initials | Program | Date of Service |
|---|---|---|
| DDF | Medicare | 6/15/2010 (per HDL report) |
| LPM | Medicare | 9/7/2010 (per HDL draw log) |
| DDF | Medicare | 9/8/2010 (per HDL report) |
| COS | Medicare, Blue Cross Blue Shield S.C. State Employee Plan | 10/4/2010 (per HDL draw log) |
| HC | Medicare, Tricare/CHAMPUS | 10/20/2010 (per Singulex draw log) |
| LC | Medicare, Tricare/CHAMPUS | 11/22/2010 (per HDL draw log) |
| DLM | Medicare | 11/23/2010 (per HDL draw log) |
| LB | Medicare, Tricare/CHAMPUS | 12/15/2010 (per HDL report) |
| ESZ | Medicare | 1/4/2011 (per Medicare Summary Notice; claim processed 1/25/2011) |
| DDF | Medicare | 1/5/2011 (per HDL report) |
| DDF | Medicare | 5/10/2011 (per HDL report) |
| MPG | Medicare | 9/26/2011 (per HDL report) |
| MPG | Medicare | 1/17/2012 (per HDL report) |
| DGD | Medicare | 1/19/2012 (per HDL draw log) |
| MPG | Medicare | 5/14/2012 (per HDL report) |
| MPG | Medicare | 10/15/2012 (per HDL report) |
| CD | Medicare, Medicaid | 11/6/2012 (per HDL report) |

# EXHIBIT "C"

**Exhibit C: Sample of Claims for Which Singulex Billed Government Programs**

| Patient Initials | Program | Date of Service |
|---|---|---|
| DDF | Medicare | 9/8/2010 (per Singulex report) |
| DDF | Medicare | 1/4/2011 (per Singulex report) |
| DDF | Medicare | 5/11/2011 (per Singulex report) |
| DDF | Medicare | 8/29/2011 (per Singulex report) |
| MPG | Medicare | 9/26/2011 (per Singulex report) |
| EAD | Medicare, Medicaid | 9/26/2011 (per Singulex draw log) |
| MPG | Medicare | 1/17/2012 (per Singulex report) |
| SWC | Tricare/CHAMPUS | 2/2012 (per Singulex draw log) |
| HC | Medicare, Tricare/CHAMPUS | 5/2012 (per Singulex draw log) |
| COS | Medicare, Blue Cross Blue Shield S.C. State Employee Plan | 5/2012 (per Singulex draw log) |
| MLM | Medicare | 6/2012 (per Singulex draw log) |
| DLM | Medicare | 6/2012 (per Singulex draw log) |

# EXHIBIT "D"

**Exhibit D: Sample of Claims for Which Defendant LabCorp Billed Government Programs**

| Patient Initials | Program | Date of Service |
|---|---|---|
| DDF | Medicare | 12/8/2011 (per LabCorp order form) |
| TW | Medicare | 1/24/2012 (per LabCorp order form) |
| DDF | Medicare | 4/10/2012 (per LabCorp order form) |
| DDF | Medicare | 7/9/2012 (per LabCorp order form) |
| TW | Medicare | 10/3/2012 (per LabCorp order form) |
| MPG | Medicare | 10/11/2012 (per LabCorp order form) |
| MPG | Medicare | 11/2/2012 (per LabCorp order form) |

3003221v1