

**James Lynn Werner**
*Partner*
t: 803.253.8913
f: 803.255.8017
jimwerner@parkerpoe.com

Atlanta, GA
Charleston, SC
Charlotte, NC
Columbia, SC
Greenville, SC
Raleigh, NC
Spartanburg, SC
Washington, DC

May 1, 2020

The Honorable Richard M. Gergel
United States District Judge
District of South Carolina
P.O. Box 835
Charleston, SC 29402

Re:   No. 9:14-cv-3699-RMG, *United States ex rel. Lutz v. Laboratory Corporation of America Holdings*

Dear Judge Gergel:

LabCorp's April 29, 2020 letter requested a case management conference with the Court.[1] It did not request any Orders from the Court. Rather, as we still believe, the discovery and pretrial process in this case could benefit from Your Honor's participation with, and input to, the parties in the hope that we can avoid resorting to more cumbersome motion practice. After reading the response filed by attorneys for Relators Scarlett Lutz and Kayla Webster on April 30, 2020 (which, to LabCorp's disappointment, hurls various accusations, including that LabCorp is acting "shamelessly" by asking for a case management conference), LabCorp believes even more that such a conference between Your Honor and the parties would be beneficial.

The parties have met and conferred on a multitude of issues, and issues continue to accrue. In addition, the current pandemic has created an unprecedented situation that has made this already complex case even more so. At the same time, Relators have proceeded with noticing depositions in locations that are subject to stay-at-home orders, and taken other positions that LabCorp disagrees with, as LabCorp detailed in its letter. We do not intend to further argue about the issues and current disagreements in this correspondence. Rather, we reiterate our belief that a conference with the Court can provide guidance moving forward on a host of points and likely will spur

---

[1] L.R. 7.02 applies to "motions," not letter requests for a case management conference. Moreover, LabCorp has repeatedly met and conferred with Relators on numerous points, and both parties have indicated at various times they thought the Court's intervention was appropriate. *See* Exhibits to Relators' Letter.

PPAB 5595480v1.docx

Parker Poe Adams & Bernstein LLP   1221 Main Street   Suite 1100   Columbia, SC   29201
t 803.255.8000     f 803.255.8017     www.parkerpoe.com

May 1, 2020
Page 2

agreements between the parties on others.  Given the current circumstances, LabCorp respectfully submits that the conference remains warranted.

                                      Respectfully submitted,

                                      /s/ James Lynn Werner

                                      James Lynn Werner, Fed. Bar. No 1079

JLW/sre

May 1, 2020
Page 3

cc:  All Counsel of Record listed below:

| | |
|---|---|
| Chad B. Walker | Stacie C. Knight |
| Katrina G. Eash | Winston and Strawn (Clt) |
| John Michael Gaddis | 100 North Tryon Street |
| Thomas M. Melsheimer | 29th Floor |
| Brad D. Ryynanen | Charlotte, NC 28202 |
| Winston and Strawn LLP (Dal) | 704-350-7700 |
| 2121 N Pearl Street | sknight@winston.com |
| Suite 900 | |
| Dallas, TX 75201 | |
| 214-453-6500 | |
| cbwalker@winston.com | |
| keach@winston.com | |
| mgaddis@winston.com | |
| tmelsheimer@winston.com | |
| bryynanen@winston.com  *Plaintiff, Kayla Webster and Plaintiff Scarlett Lutz* | |

Robert Adams Blake, Jr.
James F. Wyatt, III
Wyatt and Blake
435 East Morehead Street
Charlotte, NC 28202
704-331-0767
jwyatt@wyattlaw.net
rblake@wyattlaw.net  *Plaintiff, Kayla Webster and Plaintiff Scarlett Lutz*

Douglas Edward Roberts
Pamela Coyle Brecht
Michael A. Morse
Marc S. Raspanti
Pietragallo Gordon Alfano Bosick and Raspanti LLP
1818 Market Street
Suite 3402
Philadelphia, PA 19103
215-988-1444
der@pietragallo.com
pcb@pietragallo.com
mam@pietragallo.com
msr@pietragallo.com  *Plaintiff, Kayla Webster and Scarlett Lutz*

May 1, 2020
Page 4

Jennifer J. Aldrich
Tina Marie Cundari
James C. Leventis, Jr.
US Attorney's Office (Cola)
1441 Main Street
Suite 500
Columbia, SC 29201
803-929-3000
jennifer.aldrich@usdoj.gov
tina.cundari@usdoj.gov
james.leventis@usdoj.gov  *Plaintiff, United States of America*


| | |
|---|---|
| Stephen Glenn Sozio | Jonathan David Guynn |
| Casteel Elizabeth Borsay | Jones Day |
| B Kurt Copper | 2727 N. Haywood Street |
| Benjamin Becker Menker | Dallas, TX 75201-1515 |
| Jones Day | 214-969-3793 |
| 325 John H McConnell Boulevard | jguynn@jonesday.com |
| Suite 600 | |
| Columbus, OH 43215 | |
| 614-469-3939 | |
| sgsozio@jonesday.com | |
| cborsay@jonesday.com | |
| bkcopper@jonesday.com | |
| bmenker@jonesday.com  *Defendant, Laboratory Corporation of America Holdings* | |

| | |
|---|---|
| Heather Marie O'Shea | Rajeev Muttreja |
| Elizabeth Jenkins Marino | Jones Day |
| Jones Day | 250 Veasey Street |
| 77 West Wacker Drive | New York, NY 10281-1047 |
| Suite 3500 | 212-326-3939 |
| Chicago, IL 60601-1692 | rmuttreja@jonesday.com |
| 312-782-3939 | |
| hoshea@jonesday.com | |
| ejmarino@jonesday.com  *Defendant, Laboratory Corporation of American Holdings* | |


Richard S. Glaser
Parker Poe Adams and Bernstein LLP
401 S Tryon Street
Suite 3000
Charlotte, NC 28202
704-335-9531
rickglaser@parkerpoe.com *Defendant, Laboratory Corporation of America Holdings*