## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| The United States of America, *et al.*, ) <br> *ex rel.* Scarlett Lutz and Kayla Webster ) <br> ) <br> Plaintiffs-Relators, ) <br> ) <br> vs. ) <br> ) <br> Laboratory Corporation of America ) <br> Holdings, ) <br> ) <br> Defendant. ) <br> _____) | C.A. No. 9:14-3699-RMG <br><br> **ORDER** |

On May 20, 2020, the Court conducted a conference on various discovery matters raised by the parties and third-party Floyd Calhoun Dent, III. It is hereby ordered and directed:

1. Regarding the issues raised by Plaintiffs-Relators and Laboratory Corporation of America Holdings ("LabCorp") (Dkt. Nos. 115, 116 and 117), the parties are **directed** to meet-and-confer regarding deposition scheduling and document production and to raise any remaining disputes to the Court in a motion to compel or motion for protective order within fourteen days of the date of this order.

2. The Plaintiffs-Relators' motion to compel third-party Floyd Calhoun Dent, III's ("Dent") compliance with a document subpoena (Dkt. No. 114) is **granted**. Dent is directed promptly to produce to the Plaintiffs-Relators the previously reviewed documents identified as responsive and non-privileged. Dent is directed to provide the unreviewed documents to Plaintiffs-Relators to be securely held on their counsel's server at no cost to Dent and pursuant to the specific assurances provided by Plaintiffs-Relators and the agreed upon confidentiality and

1

2

claw-back provisions. Plaintiffs-Relators are reminded that violation of those assurances and provisions will result in contempt of Court.

   3. The Plaintiffs-Relators' motion to seal via redaction (Dkt. No. 123) is **granted**. Plaintiffs-Relators are directed promptly to file on the public docket the redacted version of their motion to compel.  LabCorp is directed to respond in opposition to the motion to compel within five business days of the date of this order.

  **AND IT IS SO ORDERED.**

              <u>s/ Richard Mark Gergel</u>
              Richard Mark Gergel
              United States District Judge

May 20, 2020
Charleston, South Carolina