# EXHIBIT BB

| | |
|---|---|
| **From:** | Sozio, Stephen G. |
| **To:** | Eash, Katrina; Copper, B. Kurt; O"Shea, Heather M.; Borsay, Casteel E.; Jim Werner; Richard Glaser; Sherrie Ellison; John Masitis; Guynn, Jonathan D. (LABCorp) |
| **Cc:** | |
| **Subject:** | RE: LabCorp -- Privilege Logging |
| **Date:** | Wednesday, April 29, 2020 12:43:55 PM |

Katrina,

What are the dates that the Pietragallo Firm and Winston & Strawn were retained by the relators and or otherwise became involved in this or the original matter?

As you have seen, we sent a letter to the Court asking for a conference to address a variety of issues. We can add this to the list if necessary.


Stephen G. Sozio (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
901 Lakeside Avenue
Cleveland, Ohio  44114.1190
Office +1.216.586.7201
sgsozio@jonesday.com