IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA et al., EX REL. SCARLETT LUTZ and KAYLA WEBSTER,<br><br>    Plaintiffs/Relators,<br><br>    v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>    Defendant. | C/A No. 9:14-cv-3699-RMG |

## BRADLEY D. RYYNANEN'S MOTION TO WITHDRAW

Pursuant to Local Civ. Rule 83.I.07, Bradley D. Ryynanen moves this Court to withdraw from representation of the relators in this Court.

Pursuant to Local Civ. Rule 83.I.07(A), said withdrawal will not leave relators unrepresented, and such withdrawal is with the consent of the relators and their remaining counsel (who have already made an appearance).

Dated: July 1, 2020                                  Respectfully submitted,

                                                          */s/ Bradley D. Ryynanen*
Thomas M. Melsheimer (Admitted *Pro Hac Vice*)
Chad B. Walker (Admitted *Pro Hac Vice*)
Katrina G. Eash (Admitted *Pro Hac Vice*)
Bradley D. Ryynanen (Admitted *Pro Hac Vice*)
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)
tmelsheimer@winston.com
cbwalker@winston.com
keash@winston.com
bryynanen@winston.com


*/s/ Stacie C. Knight*
Stacie C. Knight
(S.C. Bar No. 77968 & D.C. No. 10411)
**WINSTON & STRAWN LLP**
300 South Tryon Street, 16th Floor
Charlotte, North Carolina 28202
(704) 350-7700
(704) 350-7800 (fax)
sknight@winston.com


Marc S. Raspanti (Admitted *Pro Hac Vice*)
Pamela Coyle Brecht (Admitted *Pro Hac Vice*)
Douglas E. Roberts (Admitted *Pro Hac Vice*)
**PIETRAGALLO GORDON ALFANO**
**BOSICK & RASPANTI, LLP**
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone: (215) 320-6200
Facsimile: (215) 754-5191
MSR@Pietragallo.com
PCB@Pietragallo.com
DER@Pietragallo.com

*Attorneys for Plaintiffs/Relators*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically and will be served on all counsel of record via CM/ECF on July 1, 2020.

*/s/ Stacie C. Knight*
Stacie C. Knight