**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| The United States of America, *et al.*, | ) | |
| *ex rel*. Scarlett Lutz and Kayla Webster | ) | |
| | ) | |
| Plaintiffs-Relators, | ) | C.A. No. 9:14-3699-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Laboratory Corporation of America | ) | |
| Holdings, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>FINAL AMENDED SCHEDULING ORDER</u>

1.  <u>Document Production from Floyd Calhoun Dent, III</u>:    Third-party Floyd Calhoun Dent, III's document production shall be completed on or before **September 30, 2020**.

2.  <u>Document Production from Defendant</u>:    Defendant Laboratory Corporation of America Holdings' document production shall be completed on or before **September 30, 2020**.

3.  <u>Expert Witness Disclosures</u>:   The parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert, including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:
      Plaintiffs-Relators:    **November 16, 2020**
      Defendant:         **December 10, 2020**

4.  <u>Discovery</u>:    Fact discovery shall be completed no later than **December 18, 2020**.  All discovery requests shall be served in time for the responses thereto to be served by this deadline.  De bene esse depositions must be completed by this discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

5.  <u>Expert Discovery</u>:    The parties shall complete expert depositions on or before **December 31, 2020.**

6.  <u>Mediation</u>:    The parties shall participate in mediation on or before **January 8, 2021**.

7.    <u>Dispositive Motions and Daubert Motions</u>:    All dispositive motions and Daubert motions shall be filed on or before **January 15, 2021**.

8.    <u>Pretrial Disclosures</u>:    No later than **seventy (70) business days prior to jury selection**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures.  Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

9.    <u>Motions in Limine</u>:    Motions in limine must be filed no later than **fifteen (15) business days prior to jury selection**.

10.    <u>Pretrial Briefs</u>:    Parties shall furnish the Court and serve pretrial briefs **seven (7) business days prior jury selection** (Local Civil Rule 26.05).  Attorneys shall meet at least seven (7) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

11.    <u>Trial</u>:  This case is subject to being called for jury selection and/or trial on or after **March 1, 2021**.

**NO ADDITIONAL AMENDED SCHEDULING ORDERS WILL BE ISSUED.**


<u>s/ Richard Mark Gergel</u>
Richard Mark Gergel
United States District Judge

September 8, 2020
Charleston, South Carolina