IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA et al., EX REL. SCARLETT LUTZ and KAYLA WEBSTER, <br><br>   Plaintiffs/Relators, <br><br> v. <br><br> LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br>   Defendant. | C/A No. 9:14-cv-3699-RMG |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civ. Rule 83.I.07, Stacie C. Knight, Thomas M. Melsheimer, Chad B. Walker, Katrina G. Eash, John Michael Gaddis, Chase J. Cooper, Katherine A. Marcom, and Rachel N. Koehn, of the law firm Winston & Strawn LLP, hereby move to withdraw their appearances as attorneys of record for Relators Scarlett Lutz and Kayla Webster in this case.

Pursuant to Local Civ. Rule 83.I.07(A), said withdrawal will not leave the Relators unrepresented, and such withdrawal is with the consent of the Relators and their remaining counsel (who have already made an appearance).

Movants seek permission to withdraw entirely due to business considerations unrelated to the merits of this case. In particular, the sole basis for this motion is potential business (not ethical) conflicts for the firm's continued representation of the Relators that only recently arose. Movants wish to make clear their professional belief that this lawsuit is well founded in law and fact, and that they would not move to withdraw unless Relators were represented by able and competent trial counsel.

1

Accordingly, Stacie C. Knight, Thomas M. Melsheimer, Chad B. Walker, Katrina G. Eash, John Michael Gaddis, Chase J. Cooper, Katherine A. Marcom, and Rachel N. Koehn and the law firm Winston & Strawn LLP respectfully request that the Court issue an order granting permission to withdraw as counsel of record in this case. Should the Court require additional information regarding this Motion, we remain available to address any issues.

Dated: February 1, 2021                              Respectfully submitted,

/s/ *Stacie C. Knight*
Stacie C. Knight
(S.C. Bar No. 77968 & D.C. No. 10411)
**WINSTON & STRAWN LLP**
300 South Tryon Street, 16th Floor
Charlotte, North Carolina 28202
(704) 350-7700
(704) 350-7800 (fax)
sknight@winston.com

Thomas M. Melsheimer (Admitted *Pro Hac Vice*)
Chad B. Walker (Admitted *Pro Hac Vice*)
Katrina G. Eash (Admitted *Pro Hac Vice*)
John Michael Gaddis (Admitted *Pro Hac Vice*)
Chase J. Cooper (Admitted *Pro Hac Vice*)
Katherine A. Marcom (Admitted *Pro Hac Vice*)
Rachel N. Koehn (Admitted *Pro Hac Vice*)
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)
tmelsheimer@winston.com
cbwalker@winston.com
keash@winston.com
mgaddis@winston.com
ccooper@winston.com
kmarcom@winston.com
rkoehn@winston.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically and will be served on all counsel of record via CM/ECF on February 1, 2021.

*/s/ Stacie C. Knight*
Stacie C. Knight