**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ET AL., EX REL. SCARLETT LUTZ and KAYLA WEBSTER, | |
|   Plaintiffs/Relators, | |
| v. | Civil Action No. 9:14-cv-3699-RMG |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, | |
|   Defendants. | |

## MOTION TO WITHDRAW AS ATTORNEY

James Lynn Werner  herewith moves and gives notice that John G. Tamasitis, counsel of record for the Defendant, Laboratory Corporation of America Holdings ("LabCorp"),  in the above-referenced action, is no longer associated with the law firm of Parker Poe Adams & Bernstein LLP effective April 16, 2021 and moves and requests that John G. Tamasitis be removed from the list of parties receiving electronic notice of filings.

Pursuant to Local Civ. Rule 83.I.07(a), said withdrawal will not leave LabCorp unrepresented and such withdrawal is with the consent of LabCorp and their remaining counsel. Parker Poe Adams & Bernstein LLP, and all other attorneys of record for LabCorp, including James Lynn Werner, will continue to represent the Defendant LabCorp.

This the 4th day of May, 2021.

s/ James Lynn Werner
James Lynn Werner (Fed. Id. #1079)
Alexandra Blair Breazeale (Fed Id. #13378)
PARKER POE ADAMS & BERNSTEIN LLP
1221 Main Street, Suite 1100
Columbia, SC 29201
Telephone: (803) 253-8913
Facsimile: (803) 255-8017

PPAB 6292864v1

jimwerner@parkerpoe.com
alexbreazeale@parkerpoe.com

Stephen G. Sozio (*admitted pro hac vice*)
Ohio Bar No. 0032405
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Phone: (216) 586-3939
Fax:    (216) 579-0212
Email: sgsozio@jonesday.com

Heather M. O'Shea (*admitted pro hac vice*)
Illinois Bar No. 6287953
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Phone: (312) 782-3939
Fax:    (312) 782-8585
Email: hoshea@jonesday.com

B. Kurt Copper (*admitted pro hac vice*)
Texas Bar No. 24117918
Jonathan D. Guynn (*admitted pro hac vice*)
Texas Bar No. 24120232
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Phone:  (214) 220-3939
Fax:    (214) 969-5100
Email: bkcopper@jonesday.com
Email: jguynn@jonesday.com

Benjamin B. Menker (admitted pro hac vice)
Ohio Bar No. 0091995
M. Ryan Harmanis (admitted pro hac vice)
Ohio Bar No. 0093642
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
Phone:  (614) 469-3939
Fax:    (614) 461-4198
Email: bmenker@jonesday.com
        rharmanis@jonesday.com

*Counsel for Defendant Laboratory*
*Corporation of America Holdings*

PPAB 6292864v1

## **CERTIFICATE OF SERVICE**

I certify that on May 4, 2021, I electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL using the CM/ECF system, which will send notification of this filing to all Counsel of record.

_s/ James Lynn Werner_
_Counsel for Laboratory Corporation of_
_America Holdings_