# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

UNITED STATES OF AMERICA et al., EX REL. SCARLETT LUTZ and KAYLA WEBSTER,

*Plaintiffs/Relators*,

v.

LABORATORY CORPORATION OF AMERICA HOLDINGS,

*Defendant*.

CA No. 9:14-cv-3699-RMG

## ORDER

The United States, Relators Scarlett Lutz and Kayla Webster, and Defendant Laboratory Corporation of America Holdings having submitted a Joint Motion to Dismiss this Action pursuant to Federal Rule of Civil Procedure 41(a), and for good cause shown, the Court rules as follows:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, subject to the terms of the settlement agreement dated February 1, 2023, that has been reached between the United States, Relators, and Defendant (the "Settlement Agreement"):

1. All claims in this action be and hereby are **DISMISSED WITH PREJUDICE** to Relators Scarlett Lutz and Kayla Webster;

2. All claims in this action be and hereby are **DISMISSED WITH PREJUDICE** to the United States; and

3. This Court shall retain jurisdiction for purposes of resolving any dispute concerning compliance with the Settlement Agreement.

**BY THE COURT:**

March 6, 2023

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Court Judge