IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA et al., EX REL. SCARLETT LUTZ and KAYLA WEBSTER,<br><br>*Plaintiffs/Relators*,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>*Defendant*. | CA No. 9:14-cv-3699-RMG |

### AMENDED ORDER

The United States, Relators Scarlett Lutz and Kayla Webster, and Defendant Laboratory Corporation of America Holdings (collectively, the "Parties") filed a Motion to Amend the Order entered by the Court on March 6, 2023 (Dkt. No. 535). The Motion seeks to correct a substantive oversight by the Parties in jointly filing a Motion to Dismiss this Action pursuant to Federal Rule of Civil Procedure 41(a) (Dkt. No. 533), pursuant to a settlement agreement dated February 1, 2023, between the United States, Relators, and Defendant (the "Settlement Agreement"), and submitting therewith the Court's March 6 Order [ECF No. 534]. For good cause shown, *see also* (Dkt. No. 534 at 1) ("This Court shall retain jurisdiction for purposes of resolving any disputes concerning compliance with the Settlement Agreement."), the Court amends its March 6, 2023 Order to reflect the Settlement Agreement's terms, and rules as follows:

**IT IS HEREBY ORDERED** that the Parties' Motion to Amend the March 6 Order is **GRANTED**, the Court's March 6 Order is hereby **AMENDED**, and subject to the terms of the settlement agreement dated February 1, 2023:

1

1. All claims in this action be and hereby are **DISMISSED WITH PREJUDICE** by Relators Scarlett Lutz and Kayla Webster;

2. All claims in this action as to the "Covered Conduct," as that term is defined in the Settlement Agreement, be and hereby are **DISMISSED WITH PREJUDICE** by the United States;

3. All claims in this action other than the "Covered Conduct," as that term is defined in the Settlement Agreement, be and hereby are **DISMISSED WITHOUT PREJUDICE** by the United States; and

4. This Court shall retain jurisdiction for purposes of resolving any dispute concerning compliance with the Settlement Agreement.

March 20, 2023

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge